FILED

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

04 JUN 17 PM 1:31

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| REDUS PARKER, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| COASTAL TRANSPORT INC., | ) |
| COMCAR INDUSTRIES, INC., and | ) |
| CIGNA HEALTHCARE, | ) |
| | ) |
| Defendants. | ) |

Case No. CV 03-B-1321-NE

**ENTERED**

JUN 17 2004

O R D E R

The plaintiff's motion to compel filed in this cause on June 1, 2004, has been referred to the

undersigned by the district judge. It is therefore ORDERED that the motion is SET FOR HEARING

on Thursday, June 24, 2004, at 10:00 a.m. in Courtroom 2A, Hugo L. Black U.S. Courthouse,

Birmingham, Alabama.

DATED this _16__ day of June, 2004.

T. MICHAEL PUTNAM
U.S. MAGISTRATE JUDGE

19