IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION



| | |
|---|---|
| REDUS PARKER, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CASE NO.: CV-03-B-1321-NE ) |
| COASTAL TRANSPORT INC., COMCAR INDUSTRIES, INC. and CONNECTICUT GENERAL LIFE INSURANCE COMPANY D/B/A CIGNA HEALTHCARE, | ) ) ) ) ) ) |
| Defendants. | ) |

**GRANTED**

U.S. MAGISTRATE JUDGE

**ENTERED**
JUN 30 2004

### Notice of Withdrawal of Plaintiff's Motion to Compel

The plaintiff respectfully submits this Notice of Withdrawal of his Motion to Compel. Plaintiff's counsel has informed defendants' counsel of plaintiff's intent to withdraw the motion to compel. As grounds for this notice, the plaintiff states the following:

1. The parties are near settlement. One outstanding issue is satisfaction of medical bills plaintiff incurred as a result of his loss of employment with the defendant Coastal and/or the denial of benefits under the employer's health insurance plan.

2. Counsel have also discussed narrowing the scope of issues to facilitate resolution of this discovery dispute. Undersigned plaintiff's counsel believes that the parties can resolve this discovery dispute without the Court's intervention.



